1  Andrew M. Cummings
   Nevada Bar No. 14505
2  acummings@jonesday.com
   JONES DAY
3  3161 Michelson Drive, Suite 800
   Irvine, CA  92612.4408
4  Telephone:    (949) 851-3939
   Facsimile:    (949) 553-7539
5
   Jennifer L. Braster
6  Nevada Bar No. 9982
   NAYLOR & BRASTER
7  1050 Indigo Drive, Suite 200
   Las Vegas, NV  89145
8  Telephone:    (702) 420-7000
   Facsimile:    (702) 420-7001
9  jbraster@naylorandbrasterlaw.com

10 Attorneys for Defendant
   Experian Information Solutions, Inc.

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELODY DORSEY, formerly known as MELODY BARKER,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER PORTFOLIO SERVICES, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:17-cv-01538-JCM-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

PLEASE TAKE NOTICE that Andrew M. Cummings, is no longer associated with JONES DAY and no longer represents Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned action. Therefore, it is no longer necessary that Andrew M. Cummings receive CM/ECF notice. Jennifer L. Braster and Andrew J. Sharples will remain counsel of record and should continue to receive notices relating to this case.

DATED this 8th day of March, 2018.

JONES DAY

By: */s/ Andrew M. Cummings*
Andrew M. Cummings
Nevada Bar No. 14505
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS SO ORDERED

Dated: March 8, 2018

UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of JONES DAY and that on this 8th day of March, 2018, I caused the document **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to be served through the Court's CM/ECF system addressed to:

| | |
|---|---|
| Vernon Nelson<br>The Law Office of Vernon Nelson, PLLC<br>9480 South Eastern Avenue, Suite 252<br>Las Vegas, NV 89123<br>702-476-2500<br>Fax: 702-475-2788<br>Email: vnelson@nelsonlawfirmlv.com<br>*Attorneys for Plaintiff* | Jeremy Todd Bergstrom<br>Bergstrom Law, Ltd.<br>9555 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>702-333-0007<br>Fax: 702-333-1524<br>Email: jbergstrom@jbergstromlaw.com<br>*Attorneys for Consumer Portfolio Services, Inc.* |

/s/ *John M. Upton*
An Employee of JONES DAY